Order filed January 12, 2006









Order filed January 12,
2006

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                    __________

 

                                                          No. 11-05-00060-CV 

                                                    __________

 

            ABBAS YAZDCHI AND HABIBOLLAH YAZDCHI, Appellants

 

                                                             V.

 

                                     BANK OF
AMERICA, Appellee



 

                                             On
Appeal from the 61st District Court

 

                                                            Harris
County, Texas

 

                                                  Trial
Court Cause No. 2004-29836

 



                                                                      O
R D E R

 

Our former opinion and judgment dated
October 21, 2005, are withdrawn, and our opinion and judgment dated January 12,
2006, are substituted therefor.

 

PER CURIAM

January 12, 2006

Not designated for publication.  See Tex.
R. App. P. 47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.




 
 
  
 
 











Opinion filed January 12, 2006

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of
Appeals

                                                                   __________

 

                                                          No. 11-05-00060-CV

 

                                                    __________

 

            ABBAS YAZDCHI AND HABIBOLLAH YAZDCHI, Appellants

 

                                                             V.

 

                                     BANK OF AMERICA, Appellee

 



 

                                          On
Appeal from the 61st District Court 

 

                                                          Harris
County, Texas

 

                                               Trial
Court Cause No. 2004-29836

 



 

                                              M
E M O R A N D U M    O P I N I ON  

 

On September 8, 2005, this court determined that
Abbas Yazdchi and Habibollah Yazdchi had not complied with the requirements of
TEX.R.APP.P. 20.1 and, therefore, were required to pay the $125 filing
fee.  This court ordered appellants not
only to pay the required filing fee but also to file the clerk=s record in this court on or before
October 11, 2005.  Appellants were
informed that failure to comply with the September 8 order could result in the
dismissal of the appeal.  TEX.R.APP.P.
37.3(b) & 42.3.








Appellants have failed to file the clerk=s record.  Therefore, the appeal is dismissed.

 

PER CURIAM

 

January 12, 2006

Not designated for publication. 
See Tex. R. App. P.
47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.